## PORTO RICAN AMERICAN TOBACCO COMPANY, RECURRENTE, *v.* EL REGISTRADOR DE CAGUAS, RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Caguas denegando la inscripción de una escritura de arrendamiento.

No. 427.—Resuelto en diciembre 23, 1919.

CERTIFICACIÓN DE ACUERDOS DE CORPORACIONES OMITIDOS EN UNA ESCRITURA ORIGINAL—DOCUMENTOS PÚBLICOS.—La certificación del secretario de una corporación relativa a un acuerdo tomado por ésta y que fué omitido en una escritura original puede legalizarse ante un notario distinto del que autorizó la escritura original, de conformidad con el principio sentado por la Corte Suprema en el caso de *La Plata Tobacco* v. *El Registrador de Caguas,* resuelto en diciembre 23, 1919.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Luis Muñoz Morales.*

El registrador recurrido, Sr. Pedro Gómez, no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

La única diferencia que existe entre este caso y el de *La Plata Tobacco Co.,* v. *Registrador de Caguas,* resuelto en esta fecha, es que el secretario de la corporación compareció ante un notario que no fué el que otorgó la escritura original pero un certificado tal otorgado ante cualquier notario, e identificado por el notario, es suficientemente un do-

cumento público a los fines de subsanar el defecto apuntado por el registrador.

Debe revocarse la nota recurrida.

*Revocada la nota y ordenada la inscripción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.